HILARY POTASHNER (No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _NB_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MOHAMMED ADNAN UMAR,

Petitioner,

v.

JOHN F. KELLY, et al.,

Respondents.

No. SA CV 16-2204-(AFM)

~~(PROPOSED)~~ ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the current action should be dismissed as moot.

DATED: ~~February~~ March 15, 2017

_/s/ signature_
HON. ALEXANDER F. MacKINNON
United States Magistrate Judge

Presented by:

_s/ David Menninger_
David Menninger
Deputy Federal Public Defender